UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| CHRISTINA ANN DITTA, | ) | Case Number 15-61989 |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| JUDY A. ROBINSON, | ) | |
| United States Trustee For Region Four, | ) | |
| | ) | |
|     Movant, | ) | |
| | ) | |
| *v.* | ) | |
| | ) | |
| CHRISTINA ANN DITTA, | ) | |
| | ) | |
|     Respondent. | ) | |

**CERTIFICATION PURSUANT TO 11 U.S.C. §§ 521(e)(2)(B), (i)**

Hannah W. Hutman, chapter 7 trustee for the above-referenced Debtor, makes the following certification under penalty of perjury pursuant to 11 U.S.C. §§ 521(e)(2)(B), (i) and Local Rule 4002-1:

1. The Debtor filed a chapter 13 petition for relief on October 21, 2015. The case was converted by order entered February 8, 2016;

2. I am the chapter 7 trustee for the Debtor;

3. The first date set for the chapter 7 creditors' meeting in this case was March 4, 2016;

4. The Debtor failed to comply with 11 U.S.C. § 521(e)(2)(A)(i) in that she failed provide to me, on or before February 26, 2016, a copy of any Federal income tax return including the Federal income tax return required for the most recent tax year ending immediately before the commencement of the case and for which a return was filed.

5. The Debtor failed to provide to me, within the 45 days after her petition date, copies of all payment advices or other evidence of payment for the sixty (60) day period prior to the filing of the Debtor's case.

6.  The chapter 7 creditors' meeting was continued to April 8, 2016 to allow the Debtor time to provide the above referenced documents. As of the filing of this Certification the documents have not been provided.

Declared under penalty of perjury.

Date: March 25, 2016                Hannah W. Hutman, Chapter 7 Trustee

                                    /s/ Hannah W. Hutman

Hannah W. Hutman
HOOVER PENROD PLC
342 South Main Street
Harrisonburg, VA 22801
Phone: 540-433-2444
Fax: 540-433-3916
HHutman@hooverpenrod.com
www.hooverpenrod.com